## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LAMONT CLAYTON VANN,
ADC #108062                                                                                          PLAINTIFF

v.                                        5:11-cv-00146-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al*.                                                           DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.  Defendant Hobbs is DISMISSED from Plaintiff's Complaint, for failure to state a claim upon which relief may be granted.

DATED this 5th day of July, 2011.

*[signature]*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE