**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LAMONT CLAYTON VANN,
ADC #108062                                                                                              PLAINTIFF

v.                                      5:11-cv-00146-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al*.                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Plaintiff's Motion for Preliminary Injunction (Doc. No. 10) is DENIED.

DATED this 9th day of September, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE