**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| LAMONT CLAYTON VANN, ADC #108062 | PLAINTIFF |
| v.   5:11-cv-00146-JMM-JJV | |
| RAY HOBBS, Director, Arkansas Department of Correction; *et al*. | DEFENDANTS |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   Plaintiff's Motion for Order, which this Court construes as a Motion for Preliminary Injunction (Doc. No. 40) is DENIED.

DATED this 30th day of September, 2011.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE