# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

LAMONT CLAYTON VANN,                                                                 PLAINTIFF
ADC #108062

v.                                    5:11-cv-00146-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al*.                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Motion for Order, which this Court construes as a Motion for Preliminary Injunction (Doc. No. 40) is DENIED.

DATED this 30th day of September, 2011.


*/s/ James M. Moody*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

1