**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LAMONT CLAYTON VANN,                                                              PLAINTIFF
ADC #108062

v.                                    5:11-cv-00146-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; et al.                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 120) is GRANTED in part and DENIED in part:

    A. Claims for monetary damages against Defendants in their official capacities are DISMISSED with prejudice;

    B. Defendant McCrimmon is DISMISSED without prejudice;

    C. Defendants Harris and Banks are DISMISSED with prejudice;

    D. Plaintiff's claim against Defendant Meinzer for the violation of prison policies and rules should is DISMISSED with prejudice;

2. Ruling on the remaining issues raised by both parties in their Motions for Summary Judgment (Doc. Nos. 117, 120) is held in abeyance pending a hearing to more fully develop the facts

1

and issues;

       3.      The Court will issue a separate order setting the hearing.

DATED this 31st day of May, 2012.

                                                         _____
                                                         JAMES M. MOODY
                                                         UNITED STATES DISTRICT JUDGE