**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LAMONT CLAYTON VANN,                                                                                    PLAINTIFF
ADC #108062

v.                                              5:11-cv-00146-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al.*                                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motions for Summary Judgment (Doc. Nos. 120, 146) are GRANTED in part, with respect to Plaintiff's claims regarding general cleanliness of cells and lack of cleaning supplies. Defendant Trantham is DISMISSED as a party to this action.

2. Defendants' Motions for Summary Judgment (Doc. Nos. 120, 146) are DENIED with respect to Plaintiff's claim of being placed in a cell with dried blood and feces on walls and ceiling for more than two months.

3. Plaintiff's Motion for Summary Judgment (Doc. No. 117) is DENIED.

4. Plaintiff's oral motion to voluntarily dismiss Defendant Emsweller is GRANTED.

DATED this 22nd day of August, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE