IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAMONT CLAYTON VANN
ADC #108062                                                                                          PLAINTIFF

VS.                           CASE NO. 5:11-CV-146 JMM

RAY HOBBS, et al,                                                                                 DEFENDANTS

## JUDGMENT ON JURY VERDICT

This action came on for trial May 6, 2013, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on May 7, 2013.  The jury found in favor of Defendants Curtis Meinzer, Tonda Spencer, and Arthur Johnson and against Lamont Clayton Vann.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Judgment be entered in favor of Defendants Curtis Meinzer, Tonda Spencer, and Arthur Johnson and against Lamont Clayton Vann.  The Clerk is directed to close the case.

Dated this 13th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE